Rosemary T. McGuire, Esq.   Bar No. 172549
Leslie M. Dillahunty, Esq.   Bar No. 195262

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, MICHAEL TROEHLER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL J. TROEHLER City Of Fresno Police Officer,<br><br>　　　　Defendant. | CASE NO. 1:08-CV-01523-OWW-DLB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER** |

The parties, through their respective counsel, have conferred regarding extending the trial and discovery dates. Good cause exists as defense counsel has a prepaid vacation scheduled at the time set for trial. Erica Camarena, formerly with Weakley, Arendt & McGuire, was involved in the handling of the case at the time of the scheduling conference and appeared at the scheduling conference when the court set the trial date. In the Joint Scheduling Conference Report the parties requested a trial date of August 16, 2010; however, the court set the trial for July 7, 2010. Defense counsel Rosemary McGuire, is scheduled to be out of the country from July 8, 1010 to July 19, 2010.

Additionally, there is extensive medical discovery that needs to be conducted, including the scheduling of at least one independent medical examination. The parties believe this will take longer than originally anticipated. The parties, through their respective counsel, therefore stipulate to extend discovery, motion and trial dates as follows:

Non-expert Discovery Cut-Off:  **February 26, 2010**

Expert Disclosure:  **February 26, 2010**

Supplemental Expert Disclosure:  **March 12, 2010**

Expert Discovery Cut-Off: **March 31, 2010**

Dispositive and Non-Dispositive Motion Filing Deadline: **April 30, 2010**

Pre-Trial Conference:  **July 5, 2010.**

Trial Date: **August 30, 2010**

The parties agree that a settlement conference can be scheduled in March 2010, after the non-expert disclosure deadline.

**IT IS SO STIPULATED:**

DATED: October 1, 2009

           WEAKLEY, ARENDT & McGUIRE, LLP

By:  /s/ Rosemary T. McGuire
Rosemary T. McGuire
Attorney for Defendant

DATED: October 1, 2009

           EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

By:  /s/ Rayma Church
Rayma Church
Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   October 1, 2009**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE