1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Leslie M. Dillahunty, Esq.    Bar No. 195262

2  WEAKLEY, ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
3  Fresno, California  93710
   Telephone: (559) 221-5256
4  Facsimile:  (559) 221-5262

5

6  Attorneys for Defendant, MICHAEL TROEHLER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. TROEHLER City Of Fresno Police Officer,<br><br>Defendant. | CASE NO. 1:08-CV-01523-OWW-DLB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER** |

The parties, through their respective counsel, have conferred regarding extending discovery dates. Good cause exists as, in spite of the diligence of counsel for the parties, certain discovery relating to percipient witnesses has not been completed. Additionally, as counsel for plaintiff has filed a motion withdraw, if plaintiff obtains new counsel he/she may want to re-notice the depositions of Fresno police officers, which an extension would permit.

The parties, through their respective counsel, therefore stipulate to extend discovery deadlines as follows:

Non-expert Discovery Cut-Off: **March 26, 2010**

Expert Disclosure: **March 26, 2010**

Supplemental Expert Disclosure: **April 9, 2010**

Expert Discovery Cut-Off: **April 30, 2010**

Dispositive and Non-Dispositive Motion Filing Deadline: **May 21, 2010**

---

Stipulation and Order Modifying Scheduling Order

The trial date and pre-trial conference date will remain as scheduled.

**IT IS SO STIPULATED:**

DATED: February 3, 2010

                        WEAKLEY, ARENDT & McGUIRE, LLP

               By:   /s/ Rosemary T. McGuire
                     Rosemary T. McGuire
                     Attorney for Defendant

DATED: February 3, 2010

                        EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

               By:   /s/ Rayma Church
                     Rayma Church
                     Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:　February 4, 2010**　　　　　　**/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE