1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS | ) ) ) | 1:08cv01523 OWW GSA |
| Plaintiffs, | ) ) ) | ORDER GRANTING APPLICATION FOR SEALING ORDER |
| v. | ) ) | (Document 50) |
| MICHAEL J. TROEHLER, CITY OF FRESNO POLICE OFFICER, | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

Plaintiffs, Randall Edgar Williams and Sandra Williams, ("Plaintiffs"), through counsel, filed the instant civil rights action on October 9, 2008.

On May 17, 2009, Plaintiff's counsel, Rayma Church, filed an Application for Sealing Order requesting that her declaration and the declaration of Scott A. VanWagenen submitted in support of her second motion to withdraw as attorney of record be filed under seal.

As the Court finds a compelling reason for filing the documents under seal, the Application for Sealing Order is GRANTED. The confidential declarations of Rayma Church and Scott A. VanWagenen supporting the second motion to withdraw as attorney of record shall be FILED UNDER SEAL. The Clerk of the Court is DIRECTED to scan the documents into the

28

1

1  sealed section of ECF and return the original to counsel.  Additionally, any response filed by

2  Plaintiffs Randall Edgar Williams and Sandra Williams shall also be FILED UNDER SEAL.

3      IT IS SO ORDERED.

4  **Dated:**   **May 18, 2010**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2