# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS | ) ) ) | 1:08cv01523 OWW GSA |
| Plaintiffs, | ) ) ) | ORDER REGARDING IN CAMERA REVIEW OF DEPOSITION OF DARREN HISE |
| v. | ) ) | |
| MICHAEL J. TROEHLER, CITY OF FRESNO POLICE OFFICER | ) ) ) ) | (Document 62) |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties this Court conducted an *in camera* review of the Deposition of Darren Hise. Mr. Hise is an expert designed by Plaintiff Randall Williams on the issue of police procedures. He has recently given a deposition in the case of *Muldrew v. County of Fresno*, Case No. 1:09-cv-00023 OWW-DLB.

Upon a review of the Plaintiff's request that certain portions of the deposition not be disclosed, the Court orders that the following portions of the deposition be redacted as they are not relevant to the instant proceedings :

| | | | |
|---|---|---|---|
| Volume 1: | Pages 59-82<br>Pages 185: 20-189:25<br>Pages 195-200<br>Pages 205:23- 210:25 | Volume II : | Pages 218: 6 -219:7<br>Pages 255: 5-256:14<br>Pages: 393: 5-11 |

1

1    Plaintiff's counsel shall contact the Courtroom Deputy to make arrangements to pick up
2 the deposition transcripts.

4    IT IS SO ORDERED.

5    Dated:   **July 2, 2010**                        **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE