Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, MICHAEL TROEHLER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL J. TROEHLER City Of Fresno Police Officer, <br><br> Defendant. | CASE NO. 1:08-CV-01523-OWW-GSA <br><br> **ORDER RE MOTIONS IN LIMINE OF DEFENDANT MICHAEL TROEHLER** <br><br><br><br> Trial Date: September 2, 2010 |

The motions in limine of defendant, Michael Troehler, came on for hearing on August 20, 2010, the Honorable Oliver W. Wanger, presiding. Rayma Church appeared on behalf of plaintiff. Rosemary T. McGuire appeared on behalf of defendant. The following rulings were made:

Motion in Limine No. 1, to preclude evidence not produced in discovery, is granted.

Motion in Limine No. 2, to preclude improper comments regarding damages, is granted.

Motion in Limine No. 3, to preclude evidence of liability insurance, is granted.

Motion in Limine No. 4, to preclude evidence of indemnification of defendant Officer Troehler by his employer, the City of Fresno, is granted.

Motion in Limine No. 5, to exclude non-party witnesses from the courtroom, is granted.

Motion in Limine No. 6, to preclude Darren Hise from rendering expert opinions, is denied.

///

1    Motion in Limine No. 7, to preclude, Darren Hise from giving opinions regarding factual
2 determinations, credibility of witnesses, legal conclusions and/or past experiences or claims of success,
3 is granted.
4    Motion in Limine No. 8, to preclude evidence of other lawsuits against Officer Troehler, the City
5 of Fresno, or any other testifying officer, is granted.
6    Motion in Limine No. 9, to preclude questions regarding personnel matters, prior complaints
7 concerning job performance or prior disciplinary issues as to the defendant or any other City of Fresno
8 police officer who testifies, is granted.
9    Motion in Limine No. 10, to preclude reference to an alleged affair between plaintiff and a police
10 officer's wife, is granted.  Plaintiff, his counsel and any witness testifying on his behalf, are precluded
11 from making any reference, written or oral, to an alleged affair between plaintiff and a police officer's
12 wife.  Neither the police officer or his wife will be identified in any way during the trial of this matter.
13 Additionally, there will be no mention of a detective and second police officer who allegedly came to
14 plaintiff's house to intimidate him over the alleged affair.

18 IT IS SO ORDERED.
19 **Dated:   September 1, 2010**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE