# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Randall Edgar Williams

        Plaintiff,

vs.

        JUDGMENT IN A CIVIL ACTION

        1:08-cv-01523 OWW

Michael J. Troehler,

        Defendant.

_____/

Judgment is entered in this action in favor of Defendant Michael J. Troehler and against Plaintiff Randall Edgar Williams on all causes of action. Defendant is to recover his costs of suit.

DATED: September 13, 2010        VICTORIA C. MINOR, Clerk

        /s/ RENEE GAUMNITZ
By: Renee Gaumnitz,
Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com