1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS, | ) | 1:08cv01523 LJO GSA |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | ORDER TO APPEAR FOR EXAMINATION BY JUDGMENT CREDITOR |
| v. | ) | |
| MICHAEL TROEHLER, | ) | (Document 117) |
| Defendant. | ) | |

10

11

12

13

14

15

16

17

18

    Having considered the Application for Appearance and Examination filed on January 9,

19

2012, the Court GRANTS the application.

20

    TO: **RANDALL EDGAR WILLIAMS** you are **ORDERED TO PERSONALLY**

21

**APPEAR** to furnish information and aid in the enforcement of judgment against you.

22

**Date of Appearance** : March 2, 2012 at 9:30 am

23

**Place of Appearance**: The United States District Court

24

            Eastern District of California, Fresno Division

25

            2500 Tulare Street

26

            Fresno, California 93721

27

            Courtroom 10, 6th Floor

28

1

1    IT IS FURTHER ORDERED that Defendant, Michael Troehler, shall serve this order on

2   Randall Edgar Williams not less than 10 before the date set for the examination.  Service shall be

3   made in the manner specified in California Code of Civil Procedure Section 415.10.  Proof of

4   service shall be filed with this Court no later than ten days prior to the date of the examination.

5          **NOTICE TO RANDALL EDGAR WILLIAMS, JUDGMENT DEBTOR:**

6          **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS
ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR

7   CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING
YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE

8   JUDGMENT CREDITOR IN THIS PROCEEDING.**
          IT IS SO ORDERED.

9

10   **Dated:    January 19, 2012**          _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2