# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS, | ) ) ) | 1:08cv01523 LJO GSA |
| Plaintiffs, | ) ) ) ) | ORDER TO APPEAR FOR EXAMINATION BY JUDGMENT CREDITOR |
| v. | ) ) | |
| MICHAEL TROEHLER, | ) ) ) ) ) | (Document 126) |
| Defendant. | ) ) | |

Having considered the Application for Appearance and Examination filed on February 28, 2013, the Court GRANTS the application.

TO: **RANDALL EDGAR WILLIAMS** you are **ORDERED TO PERSONALLY APPEAR** to furnish information and aid in the enforcement of judgment against you.

**Date of Appearance** : April 19, 2013 at 9:30 am

**Place of Appearance**: The United States District Court

        Eastern District of California, Fresno Division

        2500 Tulare Street

        Fresno, California 93721

        Courtroom 10, 6th Floor

1    IT IS FURTHER ORDERED that Defendant, Michael Troehler, shall serve this order on
2 Randall Edgar Williams not less than 10 before the date set for the examination.  Service shall be
3 made in the manner specified in California Code of Civil Procedure Section 415.10.  Proof of
4 service shall be filed with this Court no later than ten days prior to the date of the examination.

5    **NOTICE TO RANDALL EDGAR WILLIAMS, JUDGMENT DEBTOR:**

6    **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

9    IT IS SO ORDERED.

10   **Dated:   March 1, 2013**            /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE